⬧ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Aaron Ray Gunter        Docket No.        2:12CR06061-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Aaron Ray Gunter who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, WA, on the 4th day of April 2013 under the following conditions:

**Standard Condition of Release No. 1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

**Additional Condition of Release No. 18:** Refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** Aaron Ray Gunter is considered in violation of his pretrial supervision in the Eastern District of Washington for failing to report for urine drug testing on June 27, 2013.

**Violation No. 2:** Aaron Ray Gunter is considered in violation of his pretrial supervision in the Eastern District of Washington for testing positive for the use of methamphetamine on July 1, 2013.

**Violation No. 3:** Aaron Ray Gunter is considered in violation of his pretrial supervision in the Eastern District of Washington for knowingly submitting a false written statement to a U.S. Probation Officer on July 1, 2013, in violation of 18 U.S.C. § 1001.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/11/2013

by    s/Curtis G. Hare

Curt Hare
U.S. Probation Officer

PS-8
Re: Gunter, Aaron Ray
July 11, 2013
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

7/11/13
Date