UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>AARON RAY GUNTER,<br><br>                    Defendant. | No. CR-12-6061-WFN-1<br><br>ORDER DENYING DEFENDANT'S MOTION FORMODIFICATION OF RELEASE CONDITIONS<br><br>☒    Motion Denied<br>         **(ECF No. 219)**<br><br>☐    Action Required |

Date of bail review hearing: 11/15/2013

Defendant moved for release from federal custody so that he could serve an Idaho state court sentence.

**IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 219) is **DENIED**. Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

DATED November 15, 2013.

                    s/James P. Hutton
                    JAMES P. HUTTON
         UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR MODIFICATION - 1